Timothy M. Coleman, WSBA #22866      The Honorable Whitman L. Holt
OlsenDaines, P.C.                    Chapter 13 Proceeding
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375
tcoleman@olsendaines.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | ) | |
|---|---|---|
| | ) | Case No. 22-00028-WLH13 |
| TRAVIS ALEXANDER NAJERA, | ) | |
| TRACY LYNN NAJERA, | ) | OBJECTION TO MOTION FOR |
| | ) | RELIEF FROM STAY |
| | ) | |
| Debtors. | ) | |

## **OBJECTION**

Debtors, Travis and Tracy Najera, by and through their attorney, OlsenDaines, P.C., hereby responds to the Motion for Relief from Stays follows:

1. HomeStreet Bank is adequately protected via the equity in the home..
2. Debtors will make the payments to HomeStreet Bank.

WHEREFORE, Debtors pray this Court deny the Motion for Relief from Stay.

DATED December 19, 2022

/s/ Timothy M. Coleman
Timothy M. Coleman, WSBA #22866
OlsenDaines, P.C.
Attorney for Debtors

CERTIFICATE OF SERVICE

1 – ***OBJECTION TO MOTION FOR RELIEF FROM STAY***

The undersigned certifies that a true and correct copy of the foregoing document was served via ECF on the following on the date below:

Daniel H Brunner
noreply@spokane13.org

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

Lance E. Olsen, attorney for HomeStreet Bank
bknotice@mccarthyholthus.com, lolsen@ecf.courtdrive.com

DATED December 19, 2022

/s/ Timothy M. Coleman
Timothy M. Coleman, WSBA#22866
OlsenDaines, P.C.
Attorney for Debtors

2 – ***OBJECTION TO MOTION FOR RELIEF FROM STAY***